1 David A. Weibel, WSBA #24031
Barbara L. Bollero, WSBA #28906
2 BISHOP, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
3 Seattle, WA 98101-1801
Telephone: 206-622-5306
4 Facsimile: 206-622-0354
dweibel@bwmlegal.com
5 bbollero@bwmlegal.com
6 *Attorneys for Plaintiff FDIC as*
*Receiver for Westsound Bank*

7

8           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10 FEDERAL DEPOSIT INSURANCE
   CORPORATION AS RECEIVER FOR
11 WESTSOUND BANK,                    NO. 2:13-cv-01592-JLR

12              Plaintiff,            [PROPOSED]
                                      **JUDGMENT AND DECREE**
13                                    **OF JUDICIAL FORECLOSURE**
        v.
14
   EDUARD DAVIDYUK AND JANE DOE
15 DAVIDYUK, HUSBAND AND WIFE;
   JOHN AND JANE DOES, OCCUPANTS
16 OF THE PREMISES,

17              Defendants.

18

19      THIS MATTER came on for consideration and presentation of the Judgment and

20 Decree of Judicial Foreclosure proposed by Plaintiff Federal Deposit Insurance

21 Corporation as Receiver for Westsound Bank ("FDIC-R"). Having reviewed the files and

22 pleadings in this matter and being fully advised;

23      It is ORDERED, ADJUDGED AND DECREED as follows:

24

25 JUDGMENT AND DECREE               BISHOP, MARSHALL & WEIBEL, P.S.
   OF JUDICIAL FORECLOSURE - 1       720 OLIVE WAY, SUITE 1201
                                     SEATTLE, WASHINGTON 98101-1801
   CASE NO. 2:13-cv-01592-JLR        206/622-5306 FAX: 206/622-0354

1. Plaintiff FDIC-R's Motion for Summary Judgment was granted on June 25, 2014;

2. No just reason exists for delay in the entry of Judgment in favor of Plaintiff as prayed for in the Complaint and it is hereby expressly directed that Judgment be entered in favor of Plaintiff as hereinafter more particularly set forth;

3. Plaintiff FDIC-R shall have and recover a Supplemental Judgment against Defendant Eduard Davidyuk in the amount of $ 40,131.29 as and for reasonable attorney's fees and related nontaxable expenses incurred by Plaintiff, plus Plaintiff's additional costs and disbursements herein to be taxed according to its Bill of Costs; 

4. Said Supplemental Judgment shall bear interest at 12% per annum until paid;

5. That certain Deed of Trust (hereinafter the "Deed of Trust") executed and delivered by Defendant Eduard Davidyuk under date July 11, 2006, in favor of Westsound Bank d/b/a Westsound Mortgage, as recorded on July 24, 2006, by the King County Auditor as Instrument No. 20060724002502; and that certain Modification of the Deed of Trust executed and delivered by Eduard Davidyuk under date June 28, 2007, as recorded on July 27, 2007, by the King County Auditor as Instrument No. 20070727001958; and that certain Modification of the Deed of Trust executed and delivered by Eduard Davidyuk under date February 1, 2008, and recorded on March 5, 2008, by the King County Auditor as Instrument No. 20080305001923; encumbering the property legally described as follows:

> Lot 2, City of Bellevue Short Plat No. 05-131188 LF, Recorded Under Recording Number 20060510900013, in King County, Washington.

Commonly known as 6322 168th Pl SE, Bellevue, Washington 98006, is hereby adjudged

JUDGMENT AND DECREE
OF JUDICIAL FORECLOSURE - 2

CASE NO. 2:13-cv-01592-JLR

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

1  and decreed to be a valid, subsisting, first, prior, and paramount lien upon the real property
2  above-described, prior and superior to any and all right, title, interest, lien or estate of the
3  Defendants, or any of them, or of anyone claiming by, through, or under them in and to
4  said real property, securing the payment of the Note Judgment and Supplemental Judgment
5  herein rendered; that said Deed of Trust be, and the same is hereby, foreclosed and the real
6  property therein described is hereby ordered to be sold by the Sheriff of King County,
7  Washington, in the manner provided by law for deed of trust foreclosures and in
8  accordance with the practice of this Court and the King County Superior Court; that the
9  proceeds of such sale should be applied toward the payment of the Note Judgment and
10 Supplemental Judgment rendered herein in favor of Plaintiff together with interest, any
11 costs and increased costs of sale; any advances that Plaintiff may be required to pay after
12 the entry of Supplemental Judgment herein for taxes, assessment, other items constituting
13 liens against the property, insurance and/or repairs for the protection of the property;

14     6.     That if the proceeds of the foreclosure sale are insufficient to pay said
15 Judgment, Supplemental Judgment, interest, advances, and costs of sale in full, that
16 Plaintiff have a judgment for any deficiency against Defendant Eduard Davidyuk, and that
17 said judgment shall bear interest at 12% per annum;

18     7.     That Plaintiff be and it is hereby permitted to become a bidder and
19 purchaser at such sale;

20     8.     That the purchaser at such sale shall be entitled to the sole and immediate
21 possession of said real property subject only to such rights of redemption and rights of
22 possession during the redemption period as are provided by law;

23     9.     That Defendants, and any and all persons claiming by, through, or under
24 him be, and the same are hereby, forever barred and foreclosed from any and all right, title,

25 JUDGMENT AND DECREE                          BISHOP, MARSHALL & WEIBEL, P.S.
   OF JUDICIAL FORECLOSURE - 3                 720 OLIVE WAY, SUITE 1201
                                                SEATTLE, WASHINGTON 98101-1801
   CASE NO. 2:13-cv-01592-JLR                   206/622-5306 FAX: 206/622-0354

interest, lien, or estate in and to said real property, or any part thereof, save only such rights of redemption as are provided by law;

10. That any and all persons acquiring any right, title, interest, lien, or estate in and to the real property above-described, or any part thereof, subsequent to July 11, 2006, the date of Plaintiff's security interest which was foreclosed herein be, and they are hereby, foreclosed of any such right, title, interest, lien, or estate as against Plaintiff in this action or any successor thereto;

11. That all right, title and interest in and to any policy of hazard insurance insuring the said premises shall pass to the purchaser at such sheriff's sale at the time of such sale;

12. That the period of redemption from such sheriff's sale be, and the same is hereby, fixed at twelve (12) months next ensuing after said sale; and

13. That if any surplus remains from the proceeds of said sale after payment of Plaintiff's Note Judgment, Supplemental Judgment, costs, attorney's fees, interest, increased costs, and increased interest, and any advances that Plaintiff may be required to make subsequent to the entry of Supplement Judgment for taxes, insurance, and protection and preservation of the property, the same be deposited in the registry of this Court for later determination between claimants subordinate to Plaintiff.

Dated this 14th day of August, 2014.

_____
JAMES L. ROBART
U. S. District Court Judge

JUDGMENT AND DECREE
OF JUDICIAL FORECLOSURE - 4

CASE NO. 2:13-cv-01592-JLR

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington and the United States of America that on the 17th day of July, 2014, I electronically filed the foregoing PROPOSED JUDGMENT AND DECREE OF JUDICIAL FORECLOSURE, with the Clerk of the Court using the CM/ECF System, which will send email notification of such filing to the following parties:

| | |
|---|---|
| David A. Leen<br>Leen & O'Sullivan, PLLC<br>520 E. Denny Way<br>Seattle, WA 98122<br>*Attorneys for Defendants* | [X] By CM ECF<br>[ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express |

Dated this 17th day of July, 2014, at Seattle, Washington.

/s/ Ana I. Todakonzie
Ana I. Todakonzie

JUDGMENT AND DECREE
OF JUDICIAL FORECLOSURE - 5

CASE NO. 2:13-cv-01592-JLR

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354