1  David A. Weibel, WSBA #24031
2  Barbara L. Bollero, WSBA #28906
   BISHOP, MARSHALL & WEIBEL, P.S.
3  720 Olive Way, Suite 1201
   Seattle, WA  98101-1801
4  Telephone:  206-622-5306
   Facsimile:  206-622-0354
5  dweibel@bwmlegal.com
   bbollero@bwmlegal.com
6  *Attorneys for Plaintiff FDIC as
   Receiver for Westsound Bank*

7

8               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
9                        AT SEATTLE

10 FEDERAL DEPOSIT INSURANCE
   CORPORATION AS RECEIVER FOR
11 WESTSOUND BANK,                          NO. 2:13-cv-01592-JLR
                                            [AND ORDER]
12              Plaintiff,
                                            STIPULATED MOTION TO
13      v.                                  SECURE REAL PROPERTY
                                            AND ORDER THEREON
14
   EDUARD DAVIDYUK AND JANE DOE             Noting Date: August 7, 2014
15 DAVIDYUK, HUSBAND AND WIFE;
   JOHN AND JANE DOES, OCCUPANTS
16 OF THE PREMISES,

17              Defendants.

18

19          **I.   INTRODUCTION AND RELIEF REQUESTED**

20      Pursuant to LCR 10(g), the parties hereto jointly stipulate and move for entry of an

21 Order allowing Plaintiff Federal Deposit Insurance Corporation as Receiver for Westsound

22 Bank ("FDIC-R") leave to secure the real property which is the subject of this litigation to

23 preserve its value and prevent its further waste and deterioration.  This motion is based on

24 the parties' agreed factual statement below.

25 STIPULATED MOTION TO SECURE REAL         BISHOP, MARSHALL & WEIBEL, P.S.
   PROPERTY AND ORDER THEREON - 1              720 OLIVE WAY, SUITE 1201
                                             SEATTLE, WASHINGTON 98101-1801
   CASE NO. 2:13-cv-01592-JLR                   206/622-5306  FAX: 206/622-0354

## II. STATEMENT OF FACTS

This litigation concerns the real property and improvements thereon commonly known as 6322 168th Pl SE, Bellevue, WA 98006[1] and legally described as follows:

> Lot 2, City of Bellevue Short Plat No. 05-131188 LF, Recorded Under Recording Number 20060510900013, in King County, Washington.

(the "Property"). [Dkt. 1-1.]

On June 25, 2014, the Court granted FDIC-R's Motion for Summary Judgment seeking a decree of judicial foreclosure of the Property. [Dkt. 25, p. 35.] The Court stated its intention to award a specific amount of fees and costs following the parties' further submissions. [*Id.*] FDIC-R's Motion for Award of Attorney's Fees and its Presentation and Request for Entry of Judgment were noted for consideration on August 1, 2014. [Dkts. 26-27.] No opposition was filed to either the fee motion or proposed Judgment. [Dkt. 28.] The Court has not yet ruled on the pending fee motion or entered a Judgment and Decree of Judicial Foreclosure.

After the litigation is finalized in this Court, FDIC-R intends to domesticate the Judgment and Decree of Foreclosure in King County Superior Court and place the property for sale by the King County Sheriff. Defendant Eduard Davidyuk pleaded an affirmative defense of upset price under RCW 61.12.060, and this Court reserved judgment on that issue. [Dkt. 25, pp. 33-34.] Consequently, the parties anticipate it will be several months

---

[1] At the time the foreclosed Deed of Trust was recorded, an address had not yet been assigned by King County. The subject Deed of Trust reflects an APN 242405-9020-06 and street address of 168 SE Cougar Mountain Way, Bellevue, WA 98006. After a short plat was recorded under King County Auditor No. 20060510900013, the Property was assigned APN 242405-9170-04 and the current street address of 6322 168th Pl SE, Bellevue, WA 98006. [Dkt. 1-1.]

STIPULATED MOTION TO SECURE REAL
PROPERTY AND ORDER THEREON - 2

CASE NO. 2:13-cv-01592-JLR

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

before the Sheriff's sale is completed, confirmed, and upset price determined. Further, upon sale the one year redemption period will commence. [*See,* Dkt. 26-2, ¶12.]

The subject property has been abandoned, damaged, and vandalized. [Dkt. 12-2, ¶2.] The parties believe the current unsecured condition of the property will subject it to further waste and deterioration, especially in the anticipated inclement weather of the approaching fall and winter.

Accordingly, the parties request the Court allow FDIC-R to take any actions any actions it deems necessary and advisable to secure the Property, in order to preserve its value and prevent further waste and deterioration.

### III.   STIPULATION

In view of the foregoing, the parties hereto jointly stipulate and move the Court enter an Order granting the following relief:

1. Granting the parties' Stipulated Motion to Secure Real Property; and

2. Allowing Plaintiff Federal Deposit Insurance Corporation as Receiver for Westsound Bank, its agents, assigns, and contractors, to take any and all actions FDIC-R deems necessary and advisable to secure the Property identified in ¶3 below to preserve the Property's value and prevent further waste and deterioration to it including, but not limited to, fencing the Property, boarding up windows and doors, preventing access, installing lighting, and enabling utility services.

3. This stipulation concerns the real property and improvements thereon commonly known as 6322 168th Pl SE, Bellevue, WA 98006 and legally described as follows:

> Lot 2, City of Bellevue Short Plat No. 05-131188 LF, Recorded Under Recording Number 20060510900013, in King County, Washington.

STIPULATED MOTION TO SECURE REAL
PROPERTY AND ORDER THEREON - 3

CASE NO. 2:13-cv-01592-JLR

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306   FAX: 206/622-0354

IT IS SO STIPULATED this 7th day of August, 2014:

/s/ Barbara L. Bollero
Barbara L. Bollero, WSBA No. 28906
BISHOP, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101-1801
Phone: (206) 622-0354, ext. 5918
E-Mail: bbollero@bwmlegal.com
Attorneys for Plaintiff FDIC-R


/s/ David A. Leen
David A. Leen, WSBA No. 3516
LEEN & O'SULLIVAN, PLLC
520 East Denny Way
Seattle, WA 98122
Phone: (206) 325-6022
E-Mail: david@leenandosullivan.com
Attorneys for Defendant Eduard Davidyuk

### IV. ORDER ON STIPULATION

IT IS SO ORDERED.

DATED this 14th day of August, 2014.

_____
JUDGE JAMES L. ROBART
U. S. District Court Judge

STIPULATED MOTION TO SECURE REAL
PROPERTY AND ORDER THEREON - 4

CASE NO. 2:13-cv-01592-JLR

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306   FAX: 206/622-0354

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington and the United States of America that on the 7th day of August, 2014, I electronically filed the foregoing STIPULATED MOTION TO SECURE REAL PROPERTY AND PROPOSED ORDER THEREON with the Clerk of the Court using the CM/ECF System, which will send email notification of such filing to the following parties:

| | |
|---|---|
| David A. Leen<br>Leen & O'Sullivan, PLLC<br>520 E. Denny Way<br>Seattle, WA 98122<br>*Attorneys for Defendants* | [X] By CM ECF<br>[ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express |

Dated this 7th day of August, 2014, at Seattle, Washington.

/s/ *Ana I. Todakonzie*
Ana I. Todakonzie

STIPULATED MOTION TO SECURE REAL
PROPERTY AND ORDER THEREON - 5

CASE NO. 2:13-cv-01592-JLR

BISHOP, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306   FAX: 206/622-0354